IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    )
                                     )     2:09-cv-01897-GEB-GGH
            Plaintiff,               )
                                     )
      v.                             )     ORDER RE: SETTLEMENT AND
                                     )     DISPOSITION
JAN PINNEY; NANCY PINNEY,            )
                                     )
            Defendants.              )
_____    )

            Plaintiff filed a "Notice of Settlement" on April 12, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 15.)

            Therefore, a dispositional document shall be filed no later than May 12, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

            Further, the final pretrial conference scheduled for April 25, 2011, is continued to commence at 2:30 p.m. on May 23, 2011, in the event no dispositional document is filed, or if this action is not

1  otherwise dismissed.[1]  A joint pretrial statement shall be filed seven

2  (7) days prior to the final pretrial conference.

3       IT IS SO ORDERED.

4  Dated:  April 21, 2011

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26     [1]    The final pretrial conference will remain on calendar, because
    the mere representation that a case has been settled does not justify
27  vacating a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890
    (9th Cir. 1987)(indicating that a representation that claims have been
28  settled does not necessarily establish the existence of a binding
    settlement agreement).