IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | 2:09-cv-01897-GEB-KJN |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| JAN PINNEY; NANCY PINNEY, | |
| Defendants. | |

    Plaintiff filed a "Notice of Settlement" on April 12, 2011, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 15.) Therefore, an "Order Re: Settlement and Disposition" was filed on April 21, 2011, which directed the parties to file a dispositional document no later than May 12, 2011. (ECF No. 16.) The April 21, 2011 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

    Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: May 18, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1